# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

KRAPPITZ, Jeffrey Alan                     Crim. No.: 14-CR-20024-01

On 08/19/2019, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 11/19/2019, and the Court made the following findings:

**_x_**    Guilty of violating conditions of supervision. Disposition held in abeyance pending the supervised releasee's compliance with the Court ordered supervision conditions during the specified adjournment period.

In light of the supervised releasee's compliance with the Court-ordered conditions of supervision since the violation hearing on 11/19/2019, the probation department recommends that the Court dispose of the violation matter and continue supervision.

                                      Respectfully submitted,

                                      s\Corey D. Elder
                                      Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

     Dated this 14th Day of July, 2021.

                                      s/Matthew F. Leitman
                                      Matthew F. Leitman
                                      United States District Judge